IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO.: 3:17-CR-245-MOC-DCK

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| v. | ) | **ORDER** |
| LADANTE KEYONE HUDSON, | ) |  |
| Defendant. | ) |  |

**THIS MATTER IS BEFORE THE COURT** on "Defendant's Motion To Seal" (Document No. 26) filed January 29, 2018. Having carefully considered the motion, and for good cause shown, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that "Defendant's Motion To Seal" (Document No. 26) is **GRANTED**. "Defendant's Motion To Continue Sentencing Date" (Document No. 25) shall be **SEALED** until further Order of this Court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

**SO ORDERED**.

Signed: February 2, 2018

David C. Keesler
United States Magistrate Judge